UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN POSTRELKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-00173 |
| | ) | |
| CITY OF CHICAGO, a Municipal Corporation, POLICE DEPARTMENT, and officer CARRIE A. COONEY, individually, and as an agent and employee of the CITY OF CHICAGO, | ) ) ) ) ) ) | Honorable Steven C. Seeger<br><br>Magistrate Judge Susan Cox |
| | ) | |
| Defendants. | ) | |

APPENDIX OF EXHIBITS

Exhibit 1    Amended Complaint, 2021 L 006834 (originally filed in Circuit Court of Cook County and subsequently removed to Northern District of Illinois)

Exhibit 2    IDHR File

Exhibit 3    IDHR, 9/20/2021 Response Letter

Exhibit 4    Right to Sue Letter